## (December 8, 1939.)

In the Matter of the Application of RICHARD M. MAHER, Petitioner, for an Order against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARY McGLYNN, as Administratrix, etc., of JOSEPH A. McGLYNN, Deceased, Appellant, v. ALLEN N. SPOONER AND SON, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ARTHUR KARSH, an Infant, by SOL KARSH, His Guardian ad Litem, and SOL KARSH, Respondents, v. CENTRAL LUNCH BAR, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WILLIAM J. EGAN, as Administrator, etc., of THOMAS J. EGAN, Deceased, Respondent, v. ALDEWIN S. NICHOLS, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the plaintiff's evidence was insufficient to justify a finding that the defendant was chargeable with knowledge that the deceased was in a position of danger when the truck was put in motion. Upon the new trial to be had, if again defendant calls no witnesses, we direct attention to the decision in *Hayden* v. *New York Railways Company* (233 N. Y. 34) and our recent decision in *Milio* v. *Railway Motor Trucking Co.* (257 App. Div. 640), decided October 27, 1939. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Glennon, J., concurs in result.

JOSEPH M. BUCKO, on His Own Behalf and on Behalf of All Others Similarly Situated, Who Should Join in the Prosecution of This Action and Share the Expense Thereof, Appellant, v. THOMAS E. MURRAY, JR., as Receiver of the INTERBOROUGH RAPID TRANSIT COMPANY, and Others, Respondents. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., taking no part.

IRVING W. KARPF, Appellant, v. SANFORD E. RICHESON and Another, Defendants, Impleaded with LOUIS LEVINE, Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.